80,068-02

DEMETRIUS WILLIAMS
TDCJ-ID #1824940
ALFRED HUGHES UNIT
Rt.2 Box 4400
GATESVILLE,TX.76597

March 19,2015

Clerk of Court of Criminal Appeals

Mr.Abel Acosta
P.O,Box 12308
Austin,Texas 78711

RE: Ex Parte Williams
    Writ No. WR-80,068-02

Dear Clerk,

I am writing due to the fact I need to obtain a copy of the Application for
writ of habeas corpus I filed[ WR-80,068-02 ] with this court.I'd like to
purchase the copy and all documentation,would you please provide me with the
necessary information so that I may do so.Your cooperation concerning this
matter shall be highly appreciated.

Thank You,

Demetrius Williams

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk